## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN MEHL, | : | |
|    Petitioner, | : | |
| | : | No. 1:21-cv-371 |
| v. | : | |
| | : | (Judge Rambo) |
| DERRICK E. OBERLANDER, *et al.*, | : | |
|    Respondents | : | |

### ORDER

**AND NOW**, on this 8th day of March 2021, in accordance with the Memorandum filed concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's motion for leave to proceed *in forma pauperis* (Doc. No. 4) is **GRANTED**;

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED** for lack of jurisdiction pursuant to 28 U.S.C. § 2244(b)(2) without prejudice to Petitioner's right to seek pre-authorization to file a second or successive petition from the United States Court of Appeals for the Third Circuit under 28 U.S.C. § 2244(b)(3);

3. A certificate of appealability **SHALL NOT ISSUE**. *See* 28 U.S.C. § 2253(c)(2); and

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                 s/ Sylvia H. Rambo
                                                 United States District Judge